**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1649

CHRISTOPHER LANGDON,

Plaintiff - Appellant,

versus

ED GARNER, JR.; STATE OF NORTH CAROLINA; ROY
COOPER; T. L. MALONEE; PHILLIP JACKSON;
BERNADINE BALLANCE; NORTH CAROLINA INDUSTRIAL
COMMISSION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-01-746-5-BO; CA-01-816-5-BO; CA-01-906-5-BO)

Submitted: December 29, 2003        Decided: February 10, 2004

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Langdon, Appellant Pro Se.  Adrian Phillips, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Robert Orr Crawford, III, Lisa
Carol Glover, NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Langdon appeals from the district court's order imposing a prefiling injunction. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Langdon v. Garner, Nos. CA-01-746-5-BO, CA-01-816-5-BO, CA-01-906-5-BO (E.D.N.C. Apr. 17, 2003). We grant Langdon's motion to amend his informal brief, deny his motion for stay pending appeal, deny Langdon's motions for an extension to file a response, for appointment of counsel and oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED